JOINT BOARD OF FIRE COMMISSIONERS OF THE TOWNSHIP
OF BRICK AND HARRY COTTRELL v. TOWNSHIP OF
BRICK, OCEAN COUNTY.

December 10, 1984.

Petition for certification denied.

PETER DANILEDES v. JOY DANILEDES.

December 10, 1984.

Petition for certification denied.

WAYNE A. SCHULTZ v. HAROLD TOPAKYAN.

December 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES FINN.

December 10, 1984.

Petition for certification denied.